## GOAR *v.* WILCOX.

[No. 11,895.   Filed November 13, 1924.]

From Henry Circuit Court; *Fred C. Gause*, Judge.

Action between Ol Goar and Uz Wilcox.   From the judgment rendered, the former appeals.   *Affirmed.*

*George D. Forkner*, for appellant.
*Evans & Dewitt*, for appellee.

PER CURIAM.—Judgment affirmed.

## HOWARD NATIONAL BANK *v.* GORDON.

[No. 11,931.   Filed November 14, 1924.]

From Tipton Circuit Court; *James M. Purvis*, Judge.

Action between the Howard National Bank and Alfred E. Gordon.   From the judgment rendered, the former appeals.   *Affirmed.*

*John B. Joyce*, for appellant.
*Fred J. Byers*, for appellee.

PER CURIAM.—Judgment affirmed.

## BOARD OF COMMISSIONERS OF SULLIVAN COUNTY *v.* TOWN OF CARLISLE.

[No. 11,864.   Filed November 18, 1924.]

From Sullivan Circuit Court; *Walter F. Wood*, Judge.

Action between the board of commissioners of Sullivan county against the town of Carlisle.   From the judgment rendered, the former appeals.   *Reversed.*

*Lindley & Bedwell*, for appellant.
*Kessinger & Hill* and *A. G. McNabb*, for appellee.

REMY, J.—Reversed on authority of *Board, etc.*, v. *Town of Carlisle* (1924), *ante* 63, 144 N. E. 859.